# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 8500 SIMMERLY ROAD, COVELO, MENDOCINO COUNTY, CALIFORNIA, APN: 033-030-04-00, 033-040-33-00, 032-226-03-00, 032-226-04-00, 032-226-05-00, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendants. | 1:06-cv-0419 OWW DLB<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference: 1/12/07 8:45 Ctrm. 3 |

I.  Date of Scheduling Conference.

    November 9, 2006.

II. Appearances Of Counsel.

    Stephanie Hamilton Borchers, Esq., Assistant Untied States Attorney, appeared on behalf of Plaintiff.

    Ean Vizzi, Esq., appeared on behalf of Claimants Benjamin Lomax and Adrian Vasquez.

    David M. Michael, Esq., appeared on behalf of Claimant Rebecca Giauque.

1

III.  Status of Case.

    1.   The parties report that settlement offers have been extended in the criminal case to Benjamin Lomax.

    2.   The parties believe that an additional 60 days will be productive to enable the plea negotiations to resolve and to determine whether or not the proposed resolution of this case will be acceptable to all parties.  Accordingly, a Further Scheduling Conference in this case shall be scheduled on January 12, 2007, at 8:45 a.m.  The parties who are out of the Eastern District of California may appear telephonically at the Further Scheduling Conference.

IT IS SO ORDERED.

Dated:   November 9, 2006              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE